AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ANDRE JOHNSON,

*Plaintiff*

v.

COMMISSIONER OF SOCIAL SECURITY,

*Defendant*

Civil Action No. 1:16-cv-03062-MKD

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 01, 2017

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment (ECF No. 15) is GRANTED. Defendant's Motion for Summary Judgment (ECF No. 17) is DENIED. Judgment entered for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge MARY K. DIMKE on motions for summary judgment.

Date: 08/01/2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Tonia Ramirez
*(By) Deputy Clerk*
Tonia Ramirez